**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

DONALD SIMONDS, et al.,

    Plaintiffs,

v.

A.O. SMITH CORPORATION, et al.,

    Defendants.
_____/

Case No. C-05-04145 EDL

RECUSAL ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

This Court recuses itself from hearing this matter. The Clerk shall reassign this matter forthwith to another judge.

IT IS SO ORDERED.

Dated: November 1, 2005

*Elizabeth D. Laporte*
_____
ELIZABETH D. LAPORTE
United States Magistrate Judge