FILED

NOV - 9 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Albert B. Norris (SBN 34756)
   Stephen G. Blitch (SBN 70193)
2  REED SMITH LLP
   1999 Harrison Street, Suite 2400
3  Oakland, CA 94612-3572

4  Telephone:  510.763.2000
   Facsimile:  510.273.8832
5
   Attorneys for Defendants
6  The BOC Group, Inc.; The ESAB Group, Inc.;
   Hobart Brothers Company; The Lincoln Electric
7  Company; Lincoln Global, Inc.

8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DONALD SIMONDS; and JEFF BUTLER, on behalf of themselves and all others similarly situated, | Case No.: C05-4145 MHP |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS |
| vs. | Honorable Marilyn H. Patel |
| A.O. SMITH CORPORATION, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that all proceedings in this matter be stayed pending a transfer of this action to In re Welding Fume Products Liability Litigation, MDL No. 1535 (N.D. Ohio).

Throughout the period during which the transfer is pending, the parties stipulate to a stay of Defendants' obligation to respond to the complaint and of the parties' right to propound discovery. During this period, the parties respectfully request that this Court vacate any and all scheduling orders in this matter, including but not limited to case management orders and orders pertaining to Alternative Dispute Resolution.

– 1 –

STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS

SO STIPULATED AND AGREED

DATED: 11/4/05          REED SMITH LLP

                        By _____
                        Albert B. Norris
                        Stephen G. Blitch
                        Attorneys for Defendants
                        The BOC Group, Inc.; The ESAB Group, Inc.;
                        Hobart Brothers Company; The Lincoln Electric
                        Company; Lincoln Global, Inc.


DATED: _____  SEDGWICK, DETERT, MORAN & ARNOLD LLP


                        By _____
                        Robert Kum
                        Attorneys for Defendant
                        Caterpillar, Inc.


DATED: _____  FARELLA, BRAUN & MARTEL LLP


                        By _____
                        Andrew W. Ingersoll
                        Attorneys for Defendant
                        General Electric Company


DATED: _____  LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP


                        By _____
                        Richard M. Heimann
                        Robert J. Nelson
                        Eric B. Fastiff
                        Attorneys for Plaintiffs Donald Simonds and Jeff
                        Butler, on behalf of themselves and all others
                        similarly situated


PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: 11/7/05

                        _____
                        The Honorable Marilyn H. Patel

SO STIPULATED AND AGREED

DATED: _____     REED SMITH LLP

By _____
Albert B. Norris
Stephen G. Blitch
Attorneys for Defendants
The BOC Group, Inc.; The ESAB Group, Inc.;
Hobart Brothers Company; The Lincoln Electric
Company; Lincoln Global, Inc.

DATED: Nov. 7, 2005     SEDGWICK, DETERT, MORAN & ARNOLD LLP

By _____
Robert Kum
Attorneys for Defendant
Caterpillar, Inc.

DATED: _____     FARELLA, BRAUN & MARTEL LLP

By _____
Andrew W. Ingersoll
Attorneys for Defendant
General Electric Company

DATED: _____     LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP

By _____
Richard M. Heimann
Robert J. Nelson
Eric B. Fastiff
Attorneys for Plaintiffs Donald Simonds and Jeff
Butler, on behalf of themselves and all others
similarly situated

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: _____

_____
The Honorable Marilyn H. Patel

-2-
STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS

SO STIPULATED AND AGREED

DATED: _____   REED SMITH LLP

By_____
Albert B. Norris
Stephen G. Blitch
Attorneys for Defendants
The BOC Group, Inc.; The ESAB Group, Inc.;
Hobart Brothers Company; The Lincoln Electric
Company; Lincoln Global, Inc.

DATED: _____   SEDGWICK, DETERT, MORAN & ARNOLD LLP

By_____
Robert Kum
Attorneys for Defendant
Caterpillar, Inc.

DATED: _____   FARELLA, BRAUN & MARTEL LLP

By_____
Andrew W. Ingersoll
Attorneys for Defendant
General Electric Company

DATED: _____   LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP

By_____
Richard M. Heimann
Robert J. Nelson
Eric B. Fastiff
Attorneys for Plaintiffs Donald Simonds and Jeff
Butler, on behalf of themselves and all others
similarly situated

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: _____

_____
The Honorable Marilyn H. Patel

DOCSOAK-9797996.1-GKERTESZ

-2-

STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS

SO STIPULATED AND AGREED

DATED: _____          REED SMITH LLP

                                By_____
                                Albert B. Norris
                                Stephen G. Blitch
                                Attorneys for Defendants
                                The BOC Group, Inc.; The ESAB Group, Inc.;
                                Hobart Brothers Company; The Lincoln Electric
                                Company; Lincoln Global, Inc.

DATED: _____          SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                By_____
                                Robert Kum
                                Attorneys for Defendant
                                Caterpillar, Inc.

DATED: _____          FARELLA, BRAUN & MARTEL LLP

                                By_____
                                Andrew W. Ingersoll
                                Attorneys for Defendant
                                General Electric Company

DATED: 11/4/05                  LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP

                                By_____
                                Richard M. Heimann
                                Robert J. Nelson
                                Eric B. Fastiff
                                Attorneys for Plaintiffs Donald Simonds and Jeff
                                Butler, on behalf of themselves and all others
                                similarly situated

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: _____

                                _____
                                The Honorable Marilyn H. Patel

– 2 –
STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS